Michael Tallitsch, Plaintiff, and A. C. Wilcox, Assignee of Plaintiff, Appellants, v. Joseph Esterle and Elizabeth Esterle, Appellees.

Gen. No. 42,416.

opinion filed May 10, 1943. George A. Bosomburg, for appellant; Joseph A. Ricker, for appellees. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."